FILED
Jun 25, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5358

JOSEPH HICKS,

    Plaintiff-Appellant,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants,

U.S. BANK,

    Defendant-Appellee.

Before: GRIFFIN, KETHLEDGE, and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk