FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Mar 14, 2025

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

PLAINTIFF: Hicks         Case# 3;23-cv-00487-GNS         DEFENDANTS; Wells-Fargo, U.S. Bank,

Experian (EIS)

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(2),** (and in lieu of), **A MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(e)(3).**

Comes the Plaintiff and asks the Court to issue a Default Judgment under Rule 55(b)(2) fraud, as Experian as defendant has presented to the Court fraudulent statements and exhibits and failed to abide by the Federal Rules of Procedure in their efforts to deceive the Court.

Respectfully submitted,

Joseph Hicks, Plaintiff pro se

CERTIFICATE OF SERVICE

   Comes the Plaintiff, Joseph Hicks and swears under oath and penalty of perjury that he has duly served a true and accurate copy of; Plaintiff's Brief in Support of Motion to Rescind and Statement Concerning False Statements by Experian, Plaintiff's Motions to Vacate or Rescind Order Compelling Arbitration, For Default Judgment, and for Summary Judgment, and all Orders, were sent by U.S. mail to;

Alexander Prunka, Attorney

North Point, 901 Lakeside

Jones-Day Law Firm

Cleveland Ohio, 44114

By; Joseph Hicks  On this the _14_, day of _March_ 2025